# EXHIBIT 1



# STEIN SPERLING
BENNETT · DE JONG · DRISCOLL PC
ATTORNEYS AT LAW

25 West Middle Lane
Rockville, Maryland 20850
301-738-2222 main
301-838-3238 fax

www.steinsperling.com

April 10, 2015

File Number:
2150498.00001

Perfection Installation, LLC/DT Millwork Installations, Inc.
Attn: Robert Melara, President/Chief Executive Officer
3341 Fall Hill Avenue
Fredericksburg, VA 22401

<u>**WITHOUT PREJUDICE**</u>
<u>**FOR SETTLEMENT PURPOSES ONLY**</u>

RE: **CLAIM FOR UNPAID WAGES**
Our Clients/Your Employees: Nahum Velasquez Castillo

Dear Sir:

Our office represents Mr. Nahum Velasquez Castillo in his claim for unpaid wages under the Maryland Wage & Hour Law ("MWHL"), Md. Code Ann, *Labor & Empl.*, § 3-401, *et seq.*, the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Code Ann, *Labor & Empl.*, § 3-501, *et seq.* and the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for hours worked for Perfect Installation, LLC/DT Millwork Installations, Inc. ("Perfect"). Please direct all further communications concerning this matter to our attention.





3846543_1
3942807_2



# STEIN SPERLING
BENNETT · DE JONG · DRISCOLL PC
ATTORNEYS AT LAW

Page 2

Perfection Installation, LLC /DT Millwork Installation, Inc.

April 10, 2015





3942807_2



**STEIN SPERLING**
BENNETT · DE JONG · DRISCOLL PC
ATTORNEYS AT LAW

Page 3

Perfection Installation,
LLC / DT Millwork
Installation, Inc.

April 10, 2015

Thank you in advance for your prompt attention and cooperation.

Very truly yours,

Jonathan F. Lieberman

JFL/
Enclosures

3942807_2

AUTHORIZATION FOR RELEASE OF INFORMATION

I, <u>Nahum Halgoia Velasquez Castillo</u>, hereby authorize the release of my entire employment record, including, but not limited to, all payroll documentation, hours worked, timesheets, employment history, etc., to my attorneys, Stein Sperling Bennett De Jong Driscoll P.C. pertaining to my employment with <u>Perfect Installation LLC / DT Millwork Installations Inc.</u>

_____
NAME

<u>Nahum Velasquez Castillo</u>
PRINT

<u>07/18/1982</u>
DATE OF BIRTH

DATED: <u>2-24-15</u>

2943055_1